# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-CV-00422-JAW |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF PURSUANT TO LOCAL CIVIL RULE 83.2(c)

Now comes your undersigned counsel for Plaintiff and moves this Honorable Court pursuant to Local Civil Rule 83.2(c) for leave to withdraw as counsel for Plaintiff. In support hereof, your undersigned states as follows:

Undersigned counsel is leaving employment with Immigrant Legal Advocacy Project as of January 10, 2022.

For these reasons, undersigned counsel seeks leave to withdraw.

Dated this 30th day of December, 2021.

        Respectfully submitted,

        /s/ Julia M. Brown
        Immigrant Legal Advocacy Project
        P.O. Box 17917
        Portland, Me 04112
        207-699-4416
        jbrown@ilapmaine.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing to all counsel of record.

Dated: December 30, 2021                                 /s/ Julia M. Brown
                                                          Immigrant Legal Advocacy Project
                                                          P.O. Box 17917
                                                          Portland, Me 04112
                                                          207-699-4416
                                                          jbrown@ilapmaine.org